# In the United States Court of Federal Claims

No. 21-1430C
(Filed: September 7, 2021)

* * * * * * * * * * * * * * * * *

JOHN J. BUCKSHAW,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * *

## ORDER

    Plaintiff filed his complaint on June 7, 2021. He did not pay the filing fee. On June 29, 2021, we issued an order, directing payment or a motion to proceed *in forma pauperis* to be filed by July 29, 2021, and warned plaintiff that failure to do so would result in dismissal. Plaintiff then attempted to appeal that order to the Federal Circuit, which forwarded his Notice of Appeal to our clerk's office. On August 4, 2021, we directed plaintiff, once again, to pay the fee or to move for waiver of the fee by August 18, 2021. Plaintiff has not done so. Accordingly, the following is ordered:

1. The Complaint is hereby dismissed for failure to pay the filing fee and failure to comply with a court order.

2. Defendant's motion to stay its answer deadline is denied as moot.

3. The Clerk of Court is directed to dismiss the Complaint and to enter judgment accordingly.

                                                s/ Eric G. Bruggink
                                                ERIC G. BRUGGINK
                                                Senior Judge